UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO. 3:23-CR-127 |
| v. | (Judge MANNION) |
| THOMAS TROTTA, | |
| | (Filed Under Seal) |
| Defendant. | |

INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1
18 U.S.C. §668
(Theft of Major Artwork)

FILED
SCRANTON
PER MAY 22 2023
JKC
DEPUTY CLERK

At all times material to the Information:

1. A "museum" as defined in Title 18, United States Code, Section 668, is an organized and permanent institution, the activities of which affect interstate and foreign commerce, that is (a) situated in the United States; (b) is established for an essentially educational and aesthetic purpose; (3) has a professional staff, and: (4) owns, utilizes, and cares for tangible items that are exhibited to the public on a regular schedule.

2. An "object of cultural heritage," as defined in Title 18, United States Code, Section 668, is an object that is either over 100 years old and

worth in excess of $5,000 or that is less than 100 years old and worth at least $100,000.

    3.    The following institutions are all situated in the United States, have been established for essentially educational or aesthetic purposes, have professional staffs, own, utilize, or care for tangible items that are exhibited to the public on a regular schedule, and are "museums" as defined in Title 18, United States, Code, Section 668:

    a.    The Everhart Museum located in Scranton, Pennsylvania;

    b.    The Space Farms: Zoo & Museum located in Wantage, New Jersey;

    c.    The Lackawanna County Historical Society located in Scranton, Pennsylvania;

    d.    Ringwood Manor located in Ringwood, New Jersey;

    e.    The Sterling Hill Mining Museum located in Ogdensburg, New Jersey;

    f.    The United States Golf Association ("USGA") Golf Museum & Library located in Liberty Corner, New Jersey;

    g.    The Harness Racing Museum and Hall of Fame located in Goshen, New York;

    h.    The National Museum of Racing & Hall of Fame located in

Saratoga Springs, New York;

i. The Yogi Berra Museum & Learning Center located in Little Falls, New Jersey;

j. The Hillwood Estate, Museum, and Gardens located in Washington, District of Columbia;

k. The International Boxing Hall of Fame located in Canastota, New York;

l. The Roger Maris Museum located in Fargo, North Dakota;

4. The following items are "objects of cultural heritage," as defined in Title 18, United States Code, Section 668, in that they are either over 100 years old and worth in excess of $5,000 or are less than 100 years old and worth at least $100,000:

a. "Le Grande Passion", by Andy Warhol;

b. An 1861 Colt Dragoon .44 caliber 6-shot percussion revolver;

c. An 1847 Colt Walker .44 caliber 6-shot percussion revolver;

d. An 1836 Colt Paterson .36 caliber 5-shot revolver;

e. A 1903-1904 Tiffany Lamp stamped with "Tiffany Studios" with serial number 29743;

f. "Upper Hudson" by Jasper Crospey;

g. A W.F. Mills & son Model 1860 7-barrel percussion, serial

number 2193 ("Tiger Gun");

h. An Aston Model 1851 Cavalry Pistol;

i. A Replica of the 1953 Hickok Belt awarded to Ben Hogan;

j. A Replica of the USGA U.S. Amateur Trophy;

k. Two Loving Cups;

l. A Faberge Silver punchbowl, stand, and ladle;

m. The 1905 Saratoga Special Trophy;

n. The 1903 Brighton Cup Trophy;

o. The 1903 Belmont Stakes Trophy;

p. Ten (10) World Series Rings belonging to Yogi Berra;

q. Seven (7) championship and other rings belonging to Yogi Berra;

r. Two MVP Plaques belonging to Yogi Berra;

s. The 1961 Hickok Belt belonging to Roger Maris; and

t. The 1961 MVP Trophy belonging to Roger Maris;

5. From in or about August of 1999 and continuing through in or about April of 2019, in the Middle District of Pennsylvania, the District of New Jersey, the Southern District of New York, the Northern District of New York, the District of North Dakota, and elsewhere, the Defendant,

**THOMAS TROTTA,**

4

did steal from the care, custody, and control of various museums certain objects of cultural heritage, including, the following: "Le Grande Passion" by Andy Warhol from the Everhart Museum; an 1861 Colt Dragoon .44 caliber 6-shot percussion revolver, an 1857 Colt Walker .44 caliber 6-shot percussion revolver, and an 1836 Colt Paterson .36 caliber 5-shot revolver from the Space Farms: Zoo and Museum; a 1903-1904 Tiffany lamp stamped with "Tiffany Studios," with serial number 29743 from the Lackawanna County Historical Society; "Upper Hudson," an 1871 painting by Jasper Crospey, a W.F. Mills & Son Model 1860 7-barrel percussion rifle, a/k/a "Tiger Gun," and an Aston Model 1851 Cavalry pistol from Ringwood Manor; a replica of Ben Hogan's Hickok Belt and a replica of the U.S. Amateur Trophy from the USGA Golf Museum & Library; a 1902 Loving Cup, a Loving Cup made prior to 1912, a Faberge Silver punchbowl, stand, and ladle, made prior to 1912, from the Harness Racing Museum and Hall of Fame; the 1905 Saratoga Special Trophy, the 1903 Brighton Cup Trophy, and the 1903 Belmont Stakes Trophy from the National Museum of Racing and Hall of Fame; ten (10) World Series rings belonging to Yogi Berra, seven (7) other championship rings belonging to Yogi Berra, and two (2) MVP Plaques belonging to Yogi Berra from the Yogi Berra Museum & Learning Center; the Roger Maris Hickok Belt and

the MVP Trophy belonging to Roger Maris from the Roger Maris Museum.

All in violation of Title 18, United States Code, Sections 668(b)(1) and 2.

                                      GERARD M. KARAM
                                      United States Attorney

                                      */s/ James M. Buchanan*
                                      JAMES M. BUCHANAN
                                      Assistant United States Attorney

Date: May 4, 2023