UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:23-CR- 127 |
| v. | : | (Judge Mannion) |
| THOMAS TROTTA, | : | (Filed Under Seal) |
| Defendant. | : | |

## ORDER FOR WARRANT

NOW, this 23rd day of May 2023, upon request of the United States Attorney for the Middle District of Pennsylvania, it is hereby

ORDERED that a warrant be issued for the arrest of the above-named defendant, **THOMAS TROTTA**.

IT IS FURTHER ORDERED that at the time service of the warrant is made, the United States Marshal also serves upon the defendant a certified copy of the Indictment in the above-named case.

_____
U.S. DISTRICT COURT JUDGE