UNITED STATES DISTRICT
COURT MIDDLE DISTRICT
OF PENNSYLVANIA

# NOTICE

UNITED STATES OF AMERICA

v.

THOMAS TROTTA

FILED WILKES BARRE JUN 12 2023 PER m.s. DEPUTY CLERK

TYPE OF CASE: FELONY          CASE NO. 3:23-CR-127-1

TAKE NOTICE that a proceeding in this case has been **SCHEDULED** for the time and place listed below:

**PLACE:**     UNITED STATES DISTRICT COURT
             **COURTROOM: No. 1**
             MAX ROSENN U.S. COURTHOUSE
             First Floor
             197 South Main Street
             Wilkes-Barre PA 18701

**DATE AND TIME:** June 15, 2023, at 3:00 p.m.

         **TYPE OF PROCEEDINGS: Initial Appearance and Arraignment**

**DATE:** June 12, 2023

                                               <u>PETER J. WELSH, Clerk of Court</u>
                                               s/*Mary Rose Schirra*
                                               Deputy Clerk

**TO:** HON. JOSEPH F. SAPORITO, JR., U.S. MAGISTRATE JUDGE
      James Buchanan, AUSA
      Joseph R. D'Andrea, Esquire
      U.S. PROBATION
      U.S. MARSHAL
      COURT REPORTERS