FILED
SCRANTON
JUN 15 2023
PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO. 3:23-CR-00127 |
| v. | (MANNION, J.) |
| THOMAS TROTTA, | |
| Defendant. | FILED UNDER SEAL |

## MOTION TO UNSEAL THE CASE

The United States Attorney for the Middle District of Pennsylvania and James M. Buchanan, Assistant United States Attorney, respectfully move the Court to unseal this case.

Respectfully submitted,

GERARD M. KARAM
United States Attorney

/s/ James M. Buchanan
JAMES M. BUCHANAN
Assistant United States Attorney

## ORDER

And now this ___ day of June 2023, the case is hereby unsealed.

_____
MALACHY E. MANNION
U.S. DISTRICT COURT JUDGE