UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

vs : CASE NO. 3:23-CR-127

THOMAS TROTTA : (JUDGE MANNION)

TYPE OF CASE: CRIMINAL

## SCHEDULING NOTICE

TAKE NOTICE that a proceeding in this case has been **SCHEDULED** for the time and place listed below:

**PLACE:** UNITED STATES DISTRICT COURT
WILLIAM J. NEALON FEDERAL BLDG. &
UNITED STATES COURTHOUSE
235 N. WASHINGTON AVE.
SCRANTON, PA  18501

**COURTROOM:** 3

**DATE AND TIME:**
Wednesday, July 5, 2023
at 10:30 a.m.

**TYPE OF PROCEEDINGS:    PLEA HEARING**

**DATE:** June 16, 2023

PETER J. WELSH, CLERK

s/ G. Gebhardt
Gina Gebhardt

**TO:** HON. MALACHY E. MANNION, US DISTRICT JUDGE
JAMES BUCHANAN, ESQUIRE, AUSA
JOSEPH R. D'ANDREA, ESQUIRE
U.S. PROBATION
U.S. MARSHAL
CT. REPORTER