UNITED STATES OF AMERICA
MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| v. | : | CRIMINAL NO. 3:23-CR-127 |
| THOMAS TROTTA | : | |
| Defendant | : | |

## PLEA

Now, this **5** day of July, 2023, the above named Defendant, THOMAS TROTTA, having been arraigned in open Court, hereby pleads ~~Thomas~~ **guilty** to the within Information.

_____
**THOMAS TROTTA**