IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :
                             :
        vs.                  :     CRIMINAL NO: 3:23CR-127-001
                             :
THOMAS TROTTA                :

ORDER MODIFYING CONDITIONS OF RELEASE

The Court, having been advised by the Probation Office, hereby modifies the conditions of release imposed on June 14, 2023, pursuant to 18 U.S.C. § 3142(c)(3), to include: abide by the following restrictions on personal association, residence, or travel: travel is restricted to the Middle District of Pennsylvania, unless prior permission is granted by pretrial services. All other conditions of release imposed on June 14, 2023, shall remain in effect.

_____
JOSEPH F. SAPORITO, JR.
UNITED STATES MAGISTRATE JUDGE

DATE: October 4, 2023