UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
WILKES BARRE
MAY 02 2024
_____ DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| -vs- | : | No. 3:23-CR-127 |
| THOMAS TROTTA, | : | (Judge Mannion) |
| Defendant | : | (Filed Under Seal) |

### ORDER

AND NOW this __2nd__ day of May, 2024, after consideration of Thomas Trotta's Motion to Extend Date of Self Surrender, IT IS HEREBY ORDERED AND DECREED that this motion is GRANTED.

The defendant, Thomas Trotta, shall report to the United States Marshal in Scranton, PA on __May 16__, 2024, by __1:00__ p.m. Mr. Trotta shall be deemed in federal custody from that date forward.

BY THE COURT

_Joseph F. Saporito, Jr._
HONORABLE JOSEPH F. SAPORITO, Jr.,
UNITED STATES MAGISTRATE JUDGE