IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:23-CR-127 |
| | : | |
| v. | : | (SAPORITO, C.M.J.) |
| | : | |
| THOMAS TROTTA, | : | |
| | : | |
| Defendant | : | |

**ORDER**

*FILED WILKES BARRE MAY 16 2024 PER __ DEPUTY CLERK*

**AND NOW, this 16th day of May, 2024**, upon consideration of defendant's motion for extension of time to self-surrender, unopposed by the United States of America (Doc. 46), **IT IS HEREBY ORDERED THAT:**

1. Defendant's motion is **GRANTED**.

2. Defendant shall report to the United States Marshal's Service in Scranton, Pennsylvania, on **Friday, May 24, 2024, by 10:00 a.m.** Mr. Trotta shall be deemed in federal custody from that day forward.

3. <u>No further extensions shall be granted without supporting medical documentation establishing good cause.</u>

*[signature]*
JOSEPH F. SAPORITO, JR.
Chief United States Magistrate Judge