IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:23-CR-127 |
| v. | : | (SAPORITO, C.M.J.) |
| THOMAS TROTTA, | : | |
| Defendant | : | |

FILED
WILKES BARRE
MAY 22 2024
PER MS
DEPUTY CLERK

ORDER

AND NOW, this 22nd day of May, 2024, IT IS HEREBY ORDERED THAT:

1. An **on-the-record** telephonic conference shall be conducted in the above matter on **May 23, 2024, at 9:30 a.m.** to discuss defendant's Doc. 50 motion for extension of time to self-surrender.

2. Counsel shall utilize the following information to access the conference:  TOLL-FREE NUMBER: (888) 251-2909
ACCESS CODE:   2052706

JOSEPH F. SAPORITO, JR.
Chief United States Magistrate Judge

1