# JOSEPH R. D'ANDREA, ESQ., P.C.

ATTORNEY AT LAW
320 N. BLAKELY STREET
DUNMORE, PENNSYLVANIA 18512
(570) 207-7100 • Fax (570) 207-7103
E-MAIL: JOE@JOEDANDREA.COM

23 May 2024

BRANCH OFFICES
SCRANTON
STROUDSBURG

The Honorable Joseph Saporito
Max Rosenn U.S. Courthouse
197 South Main Street, Suite 161
Wilkes-Barre, PA 18701

**Via Email**

Re: Government vs. Thomas Trotta

Dear Judge Saporito,

As the Court is aware, I am away on vacation and not even near a computer to file any type of document. I apologize for that. I did not anticipate this to be the issue that it is. I am, however, able to dictate from my cell phone.

It has come to my understanding that two of the three local jails have indicated that they will not accept Mr. Trotta with his medical apparatus. The third, Lackawanna County, still has not gotten back to the parties to say they are willing to accept him or not. Because of this problem of where Mr. Trotta can be housed, I would kindly ask the Court for an additional seven (7) days for his surrender. Hopefully, by that time, Mr. Trotta's medical issues may be less significant and, more importantly, we may have an understanding where he can be placed if incarcerated. I thank you very kindly.

Sincerely,

Joseph R. D'Andrea, Esquire

DICTATED BUT NOT READ

JRD/ks