UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | 3:23-CR-127 |
| vs. : | |
| : | (Judge Mannion) |
| : | (Chief Mag. Judge Saporito, Jr.) |
| : | |
| THOMAS TROTTA, : | |
| Defendant. : | |
| : | |

CERTIFICATE OF CONCURRENCE

I, James M. Buchanan, do hereby concur in the defense counsel's May 23, 2024, Letter to the Court requesting a brief extension of the Defendant voluntary surrender date in order to identify a facility that can house his medical apparatus. (Doc. 56).

Date: May 24, 2024

James M. Buchanan
JAMES M. BUCHANAN
Assistant U.S. Attorney