UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>THOMAS TROTTA,<br><br>  Defendant. | NO. 3:23-cr-00127<br><br>(MANNION, J.)<br>(SAPORITO, C.M.J.) |

### ORDER

Following an on-the-record telephonic conference with counsel for the parties on May 23, 2024, the court makes the following findings:

1. The defendant, Thomas Trotta, underwent two surgeries (4/23/2024 and 5/11/2024) for an abscess and cellulitis to his left thigh because of a work-related injury on April 18, 2024.

2. The defendant is in need of and has been using a Wound Vac pump which is managed by a nurse three times per week.

3. Medical providers have opined that being in a prison setting may interfere with the healing of the defendant's wound.

4.  Counsel for the parties have made good faith efforts to ascertain whether the federally contracted correctional facilities can treat the defendant's wound.

5.  Following the telephonic conference, the defendant's counsel corresponded with the court stating that two of three facilities will not accept the defendant with his Wound Vac apparatus, and as a consequence, he has requested a surrender date of May 31, 2024. (Doc. 56)

6.  On this date, the defendant filed a motion for extension of time to self-surrender on May 31, 2024 (Doc. 57), in which it states that the Lackawanna County Prison has the ability to manage the defendant's medical needs, but it requires ample time to prepare for these services. (*Id.* at ¶6.)

7.  Counsel for the government concurs in the defendant's request. (*Id.* at 4 and Doc. 58)

Based upon these factual findings we enter the following:

**AND NOW**, this 24th day of May, 2024, **IT IS HEREBY ORDERED** that the motion for extension of time to self-surrender (Doc. 57) is **GRANTED**, and the defendant shall report to the United States

Marshal's Service in Scranton, Pennsylvania, or the location which it designates, by **12:00 p.m. Friday, May 31, 2024**. Mr. Trotta shall be deemed in federal custody from that day forward.

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
U.S. CHIEF MAGISTRATE JUDGE