IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:23-CR-127 |
| v. | : | (SAPORITO, C.M.J.) |
| THOMAS TROTTA, | : | |
| Defendant | : | |

ORDER

AND NOW, this 30th day of May, 2024, upon consideration of defendant's motion to file his Doc. 55 motion for extension of time to self-surrender (Doc. 54), IT IS HEREBY ORDERED THAT the motion to file Doc. 55 under seal is **DENIED**.

JOSEPH F. SAPORITO, JR.
Chief United States Magistrate Judge