IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:23-CR-127 |
| | : | |
| v. | : | (SAPORITO, C.M.J.) |
| | : | |
| THOMAS TROTTA, | : | |
| | : | |
| Defendant | : | |

ORDER

**AND NOW**, this 31st day of May, 2024, upon consideration of defendant's motion for extension of time to self-surrender (Doc. 60), **IT IS HEREBY ORDERED THAT:**

1. Defendant's motion is **GRANTED in part and DENIED in part**.

2. The motion is **GRANTED** to the extent that defendant's self-surrender date is **TEMPORARILY STAYED** pending the receipt of confirmation of defendant's admission to in-patient care following surgery scheduled for May 31, 2024.

3. The motion is **DENIED** to the extent that it seeks an extension of fourteen (14) days to surrender.

4. Defendant's counsel shall place on the docket of this case, **by 12:00 noon on June 3, 2024**, appropriate confirmation from the medical provider(s) and medical facility(ies) wherein treatment and procedure are provided.

                                                            */s/ Joseph F. Saporito, Jr.*
                                                    **JOSEPH F. SAPORITO, JR.**
                                             **Chief United States Magistrate Judge**