IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:23-CR-127 |
| v. | : | (SAPORITO, C.M.J.) |
| THOMAS TROTTA, | : | |
| Defendant | : | |

## ORDER

**AND NOW, this 3rd day of June, 2024,** no confirmation of defendant's treatment and procedures having been filed on the docket pursuant to our Order of May 31, 2024 (Doc. 62), **IT IS HEREBY ORDERED THAT:**

1. The temporary stay previously imposed by our Doc. 62 Order is **LIFTED.**

2. Defendant is **ORDERED** to report to the United States Marshal's Service consistent with our Order of May 24, 2024. (Doc. 59).

3. Defendant shall report to the United States Marshal's Service in Scranton, Pennsylvania, or the location which it designates, by **10:00 a.m. on Tuesday, June 4, 2024.**

4. Mr. Trotta shall be deemed in federal custody from that day forward.

*[signature]*

JOSEPH F. SAPORITO, JR.
Chief United States Magistrate Judge