IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:23-CR-127 |
| | : | |
| v. | : | (SAPORITO, C.M.J.) |
| | : | |
| THOMAS TROTTA, | : | |
| | : | |
| Defendant | : | |

**ORDER**

FILED
WILKES BARRE
JUN 03 2024
PER _____
DEPUTY CLERK

**AND NOW, this 3rd day of June, 2024,** upon consideration of defendant's Doc. 64 Report of Medical Assessment of the Defendant (docketed as a motion for medical exam), **IT IS HEREBY ORDERED THAT:**

1. That portion of the motion which requests leave to file the documents untimely (Doc. 64, p. 3, par. 11) is **GRANTED**.

2. The Court's Order of this date (Doc. 63) is hereby **VACATED**.

3. Counsel for defendant shall place of record an update as to the defendant's condition by **NOON ON FRIDAY JUNE 7, 2024.**

4. The temporary stay imposed by our Order of May 31, 2024 (Doc. 62) is hereby **REINSTATED**.

*[signature]*

JOSEPH F. SAPORITO, JR.
Chief United States Magistrate Judge