IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:23-CR-127 |
| v. | : | (SAPORITO, C.M.J.) |
| THOMAS TROTTA, | : | |
| Defendant | : | |

ORDER

**AND NOW, this 7th day of June, 2024,** upon consideration of defendant's Doc. 66 Report of Medical Assessment of the Defendant (docketed as a motion for medical treatment report), **IT IS HEREBY ORDERED THAT:**

1. The temporary stay imposed by our Order of May 31, 2024 (Doc. 62) shall remain in effect.

2. Counsel for the government and counsel for the defendant shall provide the defendant's pertinent medical records and reports from all treatment providers to the Lackawanna County Prison for its review and assessment of whether it can undertake the responsibility to provide appropriate medical care to the defendant while he is in custody as an inmate.

3. On or before **noon on Friday, June 14, 2024**, the Lackawanna County Prison shall provide counsel and the Court with a written report of whether it can accept Mr. Trotta as an inmate and treat his wound.

4. A copy of this Order shall be provided to the United States Marshal, which shall provide a copy to the appropriate personnel at the Lackawanna County Prison.

*(signature)*
JOSEPH F. SAPORITO, JR.
**Chief United States Magistrate Judge**