# Lackawanna County Prison

1371 North Washington Avenue
Scranton, Pennsylvania 18509
570.963.6639 (phone)          570.496.1745 (fax)

Warden:             Timothy M. Betti

Deputy Wardens:     Colleen Orzel
                    Jason Talutto

FILED
WILKES-BARRE
PER _____  JUN 17 2024
       MS
       DEPUTY CLERK

The Honorable Jospeh F. Saporito, Jr.
Chief United States Magistrate Judge
United States District Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA  18701                              June 14, 2024

RE:  United States of America v. Thomas Trotta (3:23-CR-127)

Your Honor,

     I am in receipt of a Court Order signed June 7, 2024, regarding the above cited case.  The Court Order was provided to me via email on 6/13/24 at 9:12pm from Attorney Joseph D'Andrea and I opened it and read it at approximately 9:00am on June 14, 2024.

     I reached out to the Lackawanna County Prison's contracted medical health care provider (Wellpath, Inc.) to share the Court Order with them and to share current medical documentation provided to me by Attorney D'Andrea.  The on-site Health Service Administrator has informed me that Wellpath defers to the medical opinion expressed by Mr. Trotta's physician, Dr. Kevin C. Beltre as expressed in a letter he (Dr. Beltre) wrote on 6/13/24.  Dr. Beltre advises against incarceration at this point in time due to the current medical condition of Mr. Trotta.  I have attached Dr. Beltre's letter for Your Honor's review.

     Additionally, please be aware that the Lackawanna County Prison is subject to Title 37 Law of the Pennsylvania Code and we recognize the authority of Title 37 over our operations.  With that said, I want to ensure that Your Honor is aware of Title 37, Chapter 95, Subchapter B, section 95.222.  Section 95.222 covers admissions and releases.  Subsection 95.222 (1) (ii) speaks to admission

1

# Lackawanna County Prison

1371 North Washington Avenue
Scranton, Pennsylvania 18509
570.963.6639 (phone)     570.496.1745 (fax)

Warden:          Timothy M. Betti

Deputy Wardens:  Colleen Orzel
                 Jason Talutto



---

or refusal of individuals based on medical issues and states the following, "An inmate may not be admitted into the prison when it is determined that the inmate is in need of medical treatment that cannot be provided by the prison. In those cases, a written verification of treatment from a medical doctor shall be provided by the transporting authority prior to admission."

Resultantly, it is my determination to concur with the opinion expressed by Mr. Trotta's doctor, Dr. Kevin C. Beltre. Our medical provider has expressed the opinion that because Dr. Beltre is fully aware of Mr. Trotta's medical situation, and is currently addressing his medical needs, that he (Dr. Beltre) is in the best position to render an opinion on the ability of the prison and the medical provider to safely care for Mr. Trotta's medical issue. I do not believe that the Lackawanna County Prison can in good conscious accept Thomas Trotta. I am concerned that we may not be able to accommodate the current medical needs of Mr. Trotta.

I hope that Your Honor has found this report to be helpful in Your Honor's deliberation regarding how to proceed with this situation. I, of course, will make myself available to Your Honor if there any questions, concerns or comments pertaining to any matters regarding this situation.

Respectfully submitted,

Timothy M. Betti
Warden
Lackawanna County Prison

CC: The Honorable James Gibbons, Lackawanna County Prison Board Chairman
    Charmaine Thomas, Wellpath Inc.
    Joseph R. D'Andrea, Esquire

LVPG FAMILY AND INTERNAL MEDICINE-MEADE STREET
1000 MEADE ST
STE 102
DUNMORE PA 18512-3195
Phone 570-330-5088
Fax 570-330-5087

June 13, 2024

Thomas Trotta
200 Chestnut St Apt 1
Dunmore PA 18512

To whom it may concern:

Mr. Trotta is under my care and he is currently doing wound care 3 times weekly. He has open muscle, tendons, and tissue exposed on left thigh which is very susceptible to infection. Any jail setting given high rates of MRSA will be extremely dangerous and the patient likely have further complications from his wound including death. Let him continue wound care until the wound is healed and then he can report to the prison system but as of right now he is still not medically cleared. Expected healing will be estimated four to six weeks from today June 13, 2024.

Sincerely,

Kevin C Beltre, MD

CC: No Recipients