IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:23-CR-127 |
| | : | |
| v. | : | (SAPORITO, C.M.J.) |
| | : | |
| THOMAS TROTTA, | : | |
| | : | |
| Defendant | : | |

ORDER

*FILED WILKES BARRE JUN 17 2024 PER M.S. DEPUTY CLERK*

**AND NOW**, this 17th day of June, 2024, upon consideration of written report of the Warden of Lackawanna County Prison (Doc. 68),

**IT IS HEREBY ORDERED THAT:**

1. The temporary stay imposed by our Order of May 31, 2024 (Doc. 62) shall remain in effect.

2. Counsel for defendant shall place of record an update as to defendant's condition by **NOON ON FRIDAY JUNE 28, 2024**.

3. A copy of this Order shall be provided to the United States Marshal.

*/s/ Joseph F. Saporito Jr.*
**JOSEPH F. SAPORITO, JR.**
**Chief United States Magistrate Judge**