# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
-vs- : No. 3:23-CR-127
:
THOMAS TROTTA, : (Judge Mannion)
:
Defendant :

FILED
SCRANTON

MAR 26 2025

PER _____
DEPUTY CLERK

## NOTICE OF APPEAL

I, THOMAS TROTTA, acting Pro Se, hereby gives Notice of Appeal, and states the following:

1. I pleaded guilty before the Honorable Malachy Mannion on July 5, 2023;

2. I was Sentence by the Court on March 13, 2025 to a period of 94 months;

3. I file this Notice of Appeal challenging the legality and length of the sentence;

1

4. I have been substantially incarnated for the past six years and without the funds to retain and attorney;

5. I ask that an attorney be appointed to file an appeal on my behalf;

6. I will provide a copy of this to the Government.

Date: March 23, 2025

Respectfully submitted,

Thomas Trotta
Pro Se