UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| -vs- | : | No. 3:23-CR-127 |
| THOMAS TROTTA, | : | (Judge Mannion) |
| Defendant | : | (Filed Under Seal) |

## ORDER

It is now ORDERED and DECREED that the Motion to Withdraw as Counsel by Attorney Joseph R. D'Andrea, is hereby GRANTED.

BY THE COURT

HONORABLE MALACHY MANNION
UNITED STATES SENIOR JUDGE

Dated: 4/11/25